# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF B.E.

NO. 2025 KW 0778

**AUGUST 11, 2025**

---

In Re:    B.E., applying for supervisory writs, City Court of East
          St. Tammany, Parish of St. Tammany, No. 23JF6073.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT GRANTED.** In families in need of services proceedings, when the child is adjudged guilty of direct or constructive contempt of court for repeated disobedience of the court's judgment of disposition, "the court may commit the child to a secure detention facility for not more than seven days." See La. Ch. Code art. 1509.1(C)(2). We find merit in the child's claim that the juvenile court committed legal error in sentencing him to sixty-three days for contempt of court. See **State ex rel. T.H.,** 2010-2215 (La. 10/6/10), 45 So.3d 611 (per curiam). The sentence imposed is illegal. Accordingly, the remaining sentence is vacated, and the juvenile court is ordered to immediately release B.E. from the secure detention facility, provided he is not being held on any unrelated charges. The juvenile court is ordered to provide this court with a copy of the Order for release by or before August 13, 2025.

                         **PMc**
                         **HG**
                         **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT